UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JON L. NYLAND,

    Plaintiff,

vs.

CALAVERAS COUNTY SHERIFF'S JAIL,

    Defendant.

Case No. 1:15-cv-01116-RRB

**ORDER DENYING MOTION AT DOCKET 6 and DISMISSING COMPLAINT**

Plaintiff Jon L. Nyland, a California state prisoner appearing *pro se* and *in forma pauperis*, brings this action civil rights action under 42 U.S.C. § 1983 against the Calaveras County Sheriff's Jail. Also pending before the Court at **Docket 6** is a Motion to Add Defendants by Name Employed by Calaveras County Jail.

The gravamen of Nyland's complaint is that officials of the Calaveras County Jail are opening his legal mail. The records of this Court indicate that Nyland has pending in this Court an action entitled *Nyland v. Lynch*, Case No. 1:15-cv-00886-DLB.[1] As relief in tis case Nyland seeks dismissal of the pending complaint in that case. A review of the file in that case indicates that Nyland has raised the same issue in his Amended Civil Rights Complaint filed therein.[2]

---

   [1] The Court takes judicial notice of the file in that case. Fed. R. Evid. 201.

   [2] Case No. 1:15-cv-00886-DLB (PC), Docket 16. The Court notes that Nyland requests as an alternative that this case be consolidated with that case.

There being another action pending in this Court in which Nyland seeks the same relief from the same parties, this action will be dismissed as duplicative.[3]  Moreover, inasmuch as Nyland seeks dismissal of the pending lawsuit, the appropriate procedure is to bring a motion in that case.  Accordingly, the Complaint on file herein is hereby **DISMISSED** without prejudice to Nyland's right to seek appropriate relief in *Nyland v. Lynch*, Case No. 1:15-cv-00886-DLB.

The Motion to Add Defendants by Name Employed by Calaveras County Jail at **Docket 6** is hereby **DENIED** as moot.

The Clerk of the Court is directed to enter judgment accordingly.

**IT IS SO ORDERED** this 17th day of November, 2015

S/ RALPH R. BEISTLINE<br>UNITED STATES DISTRICT JUDGE

---

[3]  *See Cato v. United States*, 70 F.3d 1103, 1005 n.2  (9th Cir. 1995).